UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-21789-CIV-KING-BANDSTRA

METROCOMM L.T.,

    Plaintiff,

vs.

ACER LATIN AMERICA, INC.

    Defendant.
_____/

### PLAINTIFF, METROCOMM L.T.'S MOTION IN OPPOSITION TO DEFENDANT'S AFFIRMATIVE DEFENSES

Plaintiff, METROCOMM L.T, by and through his undersigned counsel, hereby files this Motion in Opposition to Defendant's Affirmative Defenses and states as follows:

1. Affirmative defenses one (1) through eleven (11) are denied.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via U.S. Mail this 9th day of September, 2009, to Barry Richard, Esq. and Karusha Y. Sharpe, Esq., Greenberg Traurig, P.A., 101 East College Avenue, Tallahassee, FL 32301.

                                                __/s/ David Harris_____
                                                DAVID S. HARRIS, ESQ.
                                                6431 SW 39th Street
                                                Miami, FL 33155
                                                Tel:   (305) 667-9043
                                                Fl. Bar # 0112739